FPK-17006/RSW #6181770
W:\F&K\Cases\001 Active files\17006fpk. Sandra Mazur\NMO\Petition for Removal.docx

# IN THE UNITED STATES DISTRICT COURT FOR
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| SANDRA MAZUR, ) | |
| ) | No. 17-cv-1789 |
| Plaintiff, ) | |
| ) | |
| v. ) | (Cook County no. 16 L. 12495) |
| ) | |
| CAESARS ENTERTAINMENT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Caesars Entertainment Corporation, hereby removes the above-captioned action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of its Notice of Removal, Defendant states:

1. Plaintiff claims personal injuries as a result of negligence she alleges against defendant, Caesars Entertainment Corporation.

2. On December 22, 2016, plaintiff filed her complaint in the Circuit Court of Cook County, Illinois; pursuant to 28, U.S.C. § 1446(a) copies of all process, pleadings, and orders served upon defendant are attached as Group Exhibit A.

3. On February 7, 2017, plaintiff's counsel informally indicated to defense counsel that plaintiff's damages exceed $75,000.00. On February 22, 2017, plaintiff's counsel provided an email confirmation that plaintiff's damages exceed $75,000 based on claimed medical expenses after back fusion surgery and related treatment. Ex. B.

4. As required under 28 U.S.C. § 1446(b), Caesars Entertainment Corporation filed its Notice of Removal within 30 days after first learning of the foregoing basis for removal.

5. This Notice of Removal is properly directed to the United States District Court for the Northern District of Illinois, Eastern Division, as it is the District Court embracing the Circuit Court of Cook County, Illinois, where plaintiff filed her complaint. *See* 28 U.S.C. §93(a)(1).

6. Pursuant to 28 U.S.C. § 1446(d), Caesars Entertainment Corporation has filed a copy of its Notice of Removal with the clerk of the Circuit Court of Cook County, Illinois, where plaintiff filed her complaint. Defendant served copies of this Notice of Removal upon plaintiff's counsel in accordance with 28 U.S.C. §1146(d).

7. Pursuant to 28 U.S.C. §1332(a), the United States District Court for the Northern District of Illinois, Eastern Division, has jurisdiction over this action because the amount in controversy exceeds $75,000, exclusive of interest and costs, and because complete diversity exists between plaintiff and defendant.

8. Caesars Entertainment Corporation denies that it is the proper entity; denies any negligent act or omission; denies that any act or omission on its caused plaintiff's injuries; and denies the nature and extent of plaintiff's injuries. Nevertheless, the information confirmed in the February 22, 2017, email from plaintiff's counsel is sufficient to satisfy the amount in controversy requirements of 28 U.S.C. § 1332(a).

9. According to the incident report related to plaintiff's slip and fall, plaintiff is a resident of the state of Illinois. Ex. C, Incident Report.

10. Caesars Entertainment Corporation is a corporation organized under the laws of the State of Delaware, with its principal place of business and nerve center in the State of Nevada. See. Ex. D, Caesars Entertainment Corp. Business Entity Search Result Delaware; Ex. E, Caesars Entertainment Corp. Business Entity Search Result Nevada.

11. For purposes of establishing diversity, Caesars Entertainment Corporation is citizen of the states of Delaware and Nevada.

12. Accordingly, the requirements of 28 U.S.C. §1332 are satisfied, and this matter is properly removed pursuant to 28 U.S.C. §1446.

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant, Caesars Entertainment Corporation, removes this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted:

_____
Frank P. Kasbohm
Attorney for Defendant
**CAESARS ENTERTAINMENT CORPORATION**

**FEIEREISEL & KASBOHM, LLC**
19 S. LaSalle Street, Suite 601
Chicago, Illinois 60603-5081
Phone: 312-361-1941
Fax: 312-782-4537
Email: fkasbohm@fkllc.net

### CERTIFICATE OF SERVICE

I certify that on March 7, 2017, I submitted the foregoing document with the clerk of the court for the United States District Court, Northern District of Illinois, via the CM/ECF system. I hereby certify that I have served all counsel of record in the manner authorized by Federal Rule of Civil Procedure 5(b)(2):

*Plaintiff's Attorney*
Todd P. Klein
Gregorio & Marco
Two N. LaSalle Street
Suite 1650
Chicago, Illinois 60602
Email: tklein@gregoriolaw.com

_____

Page 3 of 3