


CORPORATION SERVICE COMPANY®

# Notice of Service of Process

null / ALL
Transmittal Number: 16163888
Date Processed: 01/27/2017

| | |
|---|---|
| **Primary Contact:** | Service of Process Box<br>Caesars Entertainment Corporation<br>Corporate Offices<br>One Caesars Palace Drive<br>Las Vegas, NV 89109 |
| **Electronic copy provided to:** | Dina Brown<br>Miriam Garcia<br>Brenda Sanchez<br>Alicia Rocha<br>Erin Hansen |
| **Entity:** | Caesars Entertainment Corporation<br>Entity ID Number 1720993 |
| **Entity Served:** | Caesars Entertainment Corporation |
| **Title of Action:** | Sandra Mazur vs. Caesars Entertainment Corporation |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, Illinois |
| **Case/Reference No:** | 2016L012495 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 01/26/2017 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Todd P. Klein<br>312-263-2343 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscglobal.com

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served by Publication |
| SUMMONS | ALIAS SUMMONS |

(7-90) CCG-1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

2016L012495
CALENDAR/ROOM X
TIME 00:00
PI Other

SANDRA MAZUR,

      Plaintiff,

vs.

CAESARS ENTERTAINMENT CORPORATION,

      Defendant.

No.:

**Please Serve:**
Illinois Corporation Service Company
801 Stevenson Dr.
Springfield, IL 62703

## SUMMONS

To the defendant:

    **YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room *801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

DOROTHY BROWN
CLERK OF CIRCUIT COURT

WITNESS........................., 2016

..............................of Court

Date of service: DEC 2 2 2016

..............................,2016
(To be inserted by officer on copy left with defendant or other person)

| | |
|---|---|
| **Name** | Gregorio & Marco |
| **Attorney for** | Plaintiff |
| **Address** | Two N. LaSalle Street, Suite 1650 |
| **City** | Chicago, Illinois 60602 |
| **Telephone** | (312) 263-2343 |
| **Atty No.** | #54727 |

STATE OF ILLINOIS) #54727
           )SS
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SANDRA MAZUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: |
| | ) | |
| CAESARS ENTERTAINMENT CORPORATION | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, SANDRA MAZUR, by and through her attorneys, GREGORIO & MARCO and complaining of the Defendant, CAESARS ENTERTAINMENT CORPORATION, states as follows:

1. Defendant, CAESARS ENTERTAINMENT CORPORATION, is a corporation authorized to transact business in Illinois and does business in Chicago, Cook County, Illinois.

2. On July 12, 2016, Defendant, CAESARS ENTERTAINMENT CORPORATION, owned, operated, managed and/or controlled The LINQ Hotel & Casino, located at 3535 S. Las Vegas Blvd., Las Vegas, Nevada.

3. On July 12, 2016, Plaintiff, SANDRA MAZUR, was lawfully on the property at the aforementioned hotel and casino.

4. On July 12, 2016, it was the duty of the Defendant, CAESARS ENTERTAINMENT CORPORATION, to exercise ordinary care to see that the aforementioned hotel and casino was reasonably safe for the use of those lawfully on the property, including Plaintiff, SANDRA MAZUR.

5. On July 12, 2016, there existed vomit or other liquid on the floor in the women's restroom, near the Sports Book on the aforementioned premises, in an area where customers walk which presented an unreasonable risk of harm to people on the property, including Plaintiff.

6. Defendant, CAESARS ENTERTAINMENT CORPORATION, knew or in the exercise of ordinary care should have known of the vomit of other liquid and that it presented an unreasonable risk of harm to people on the property, including Plaintiff.

7. On July 12, 2016, Defendant, CAESARS ENTERTAINMENT CORPORATION, did then and there commit one or more of the following negligent and careless acts and/or omissions:

  (a) Allowed vomit or other liquid to remain on the floor which presented an unreasonable risk of harm to those lawfully walking in the area, including the Plaintiff, when it knew or in the exercise of ordinary care should have known of the vomit and the risk it posed to customers;

  (b) Failed to remove the vomit or other liquid on the floor which presented an unreasonable risk of harm to those lawfully walking in the area, including the Plaintiff, when it knew or in the exercise of ordinary care should have known of the water and the risk it posed to customers;

  (c) Failed to warn customers of the existence of the vomit or other liquid on the floor knowing it presented an unreasonable risk of harm to those lawfully walking in the area, including the Plaintiff.

8. That as a direct and proximate cause of one or more of the foregoing negligent acts or omissions committed by Defendant, CAESARS ENTERTAINMENT CORPORATION, Plaintiff, SANDRA MAZUR, was caused to slip and fall as a result of the vomit or other liquid on the floor.

9. That as a further direct and proximate result of the Defendant's negligence, Plaintiff was caused to sustain great bodily injuries, has incurred and will continue to incur significant medical expenses for treatment rendered to cure such injuries, has suffered and will continue to suffer excruciating pain and mental anguish, has sustained and will continue to sustain a loss of a normal life, disability, and has lost and will continue to lose wages from said injuries sustained.

WHEREFORE, Plaintiff, SANDRA MAZUR, demands judgment against the Defendant, CAESARS ENTERTAINMENT CORPORATION, in an amount in excess of the jurisdictional limits plus costs of this suit.

By: _____
Todd P. Klein

GREGORIO & MARCO
Two N. LaSalle Street
Suite 1650
Chicago, IL 60602
(312) 263-2343
#54727

3

STATE OF ILLINOIS)　　　　　　　　　　　　　　　　　　　　　　　　#54727
　　　　　　　　　)SS
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SANDRA MAZUR, | ) |
| Plaintiff, | ) |
| v. | ) No.: |
| CAESARS ENTERTAINMENT CORPORATION | ) |
| Defendant. | ) |

## AFFIDAVIT

I, Todd P. Klein, being first duly sworn on oath, deposes and states that if I were called upon to testify, I would do so as follows:

1. That I am an attorney at law licensed to practice in the State of Illinois.

2. That I am an attorney with the law firm of GREGORIO & MARCO, attorneys for the Plaintiff.

3. That based upon the information available to me at the present time, the total amount of money damages sought in this matter does exceed $50,000.00.

4. That this affidavit is submitted in compliance with Supreme Court Rule 222(b).

FURTHER, Affiant sayeth not.

_____
Todd P. Klein

SUBSCRIBED AND SWORN TO
before me this 20th day of December, 2016.

_____
Notary Public

OFFICIAL SEAL
RICHA PATEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/13/20

4