IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA MAZUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 17 cv 01789 |
| ) | |
| CAESARS ENTERTAINMENT ) | Judge Harry Leinenweber |
| CORPORATION, CAESARS ) | |
| ENTERTAINMENT OPERATING ) | |
| COMPANY, INC., CAESARS ) | |
| ENTERPRISE SERVICES ) | |
| LLC., and 3535 LV NEWCO, LLC. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff, SANDRA MAZUR, and Defendants, CAESARS ENTERNTAINMENT CORPORATION, CAESARS ENTERTAINMENT OPERATING COMPANY, INC., CAESARS ENTERPRISE SERVICES LLC., and 3535 LV NEWCO, LLC., stipulate to the Voluntary Dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii).

By:   /s/ Todd P. Klein
       Todd P. Klein

By:   /s/ Frank P. Kasbohm
       Frank P. Kasbohm

Todd P. Klein
GREGORIO & MARCO, Ltd.
2 N. LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343

Frank P. Kasbohm
FEIEREISEL & KASBOHM, LLC
19 S. LaSalle Street, Suite 601
Chicago, Illinois 60603
(312) 361-1941

1